**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Clark R. Conforti, Esq. (SBN: 317698)
clark@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Andrew Laich

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LAICH,<br><br>Plaintiff,<br><br>v.<br><br>DREAM WORLD PARTNERS, INC.,<br><br>Defendant. | Case No.: CV 19-0411 FMO (SHKx)<br><br>**JOINT MOTION FOR DISMISSAL OF FIRST AMENDED COMPLAINT WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>**HON. FERNANDO M. OLGUIN** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Andrew Laich and Defendant Dream World Partners, Inc. hereby stipulate to dismissal of this action in its entirety, with prejudice. Each party shall bear its own fees and costs.

Date: August 23, 2019        KAZEROUNI LAW GROUP, APC

By: */s/ Clark R. Conforti*
    CLARK R. CONFORTI, ESQ.
    *Attorneys For Plaintiff*

Date: August 23, 2019        THE INTERNET LAW GROUP

By: */s/ Kavon Adli*
    KAVON ADLI, ESQ.
    *Attorneys For Defendant*

## E-FILING SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Kavon Adli, counsel for Defendant Dream World Partners, Inc., and that I have obtained Mr. Adli's authorization to affix his electronic signature to this document.

Date: August 23, 2019        KAZEROUNI LAW GROUP, APC

By: */s/ Clark R. Conforti*
    CLARK R. CONFORTI, ESQ.
    *Attorneys For Plaintiff*

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

Case No.: CV 19-0411 FMO (SHKx)        1 of 2        *Laich v. Dream World Partners, Inc.*
**JOINT MOTION FOR DISMISSAL OF FIRST AMENDED COMPLAINT WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(ii)**

## CERTIFICATE OF SERVICE

A copy of the foregoing *Joint Motion for Dismissal of Complaint with Prejudice pursuant to FRCP 41(a)(1)(A)(ii)* has been filed through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

Date: August 23, 2019                           **KAZEROUNI LAW GROUP, APC**

                                                             By: */s/ Clark R. Conforti*
                                                                CLARK R. CONFORTI, ESQ.
                                                                *Attorneys For Plaintiff*

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626