JS-6

FILED
CLERK, U.S. DISTRICT COURT

8/27/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **ANDREW LAICH,** | **Case No.**: CV 19-0411 FMO (SHKx) |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF FIRST AMENDED COMPLAINT WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| **DREAM WORLD PARTNERS, INC.,** | |
| Defendant. | **HON. FERNANDO M. OLGUIN** |

Having considered Plaintiff Andrew Laich and Defendant Dream World Partners, Inc.'s Joint Motion for Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby grants the Joint Motion and orders the action dismissed in its entirety, with prejudice. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: __August 27__, 2019     By: _____/s/_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE